# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VERSATERM INC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF SEATTLE AND ITS DEPARTMENT, SEATTLE POLICE DEPARTMENT,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01217-JLR<br><br>**PROOF OF SERVICE OF COURT'S SIGNED ORDER GRANTING TRO (Dkt. No. 8)** |

　　　I hereby AGAIN declare and certify that on the **5th day of August, 2016**, I personally served true and correct copies of **The Court's August 4, 2016 Signed Order Granting TRO ("Order" or "TRO") (Dkt No. 8)** on BOTH DEFENDANTS, at the noted addresses, and by the means indicated below, specifically by HAND-DELIVERY and by Email:

---

**PROOF OF SERVICE**
Case No. 2:16-cv-01217

- 1 -

Rimon, P.C.
500 Yale Avenue North, 1st Floor
Seattle, Washington 98109
Telephone: (800) 930-7271

1  On Defendant City of Seattle
   Major Ed Murray's Office
2  600 4th Avenue, No. 7
   Seattle, Washington 98104
3  (**BY HAND-DELIVERY at 8:40 am on 8/5/16**)

4  On the Seattle Police Department
   c/o LEGAL DEPARTMENT
5  610 Fifth Avenue
   Seattle, Washington 98124
6  (**BY HAND-DELIVERY at 8:36 am on 8/5/16**)

7
   Sheila Friend Gray, CPRO
8  Public Disclosure Unit Manager
   Seattle Police Department
9  610 Fifth Avenue
   Seattle, Washington 98124
10 By Email on August 5, 2016 to:
   Sheila.FriendGray@Seattle.gov
11

12 Mary F. Perry, Assistant City Attorney
   Seattle City Attorney's Office
13 Civil Division
   600 Fourth Avenue, 4th Floor
14 Seattle, Washington 98124
   By Email on August 5, 2016 to:
15 Mary.Perry@Seattle.gov

16
   On Counsel for Both Defendants
17 Jessica Nadelman, Attorney
   Erica R. Franklin, Attorney
18 SEATTLE CITY ASSISTANT ATTORNEYS
   701 Fifth Avenue, Suite 2050
19 Seattle, Washington 98104
   On August 18, 2016 (for courtesy, although previously served)
20 [Along with this Certificate of Service by ECF]
   jessica.nadelman@seattle.gov
21 erica.franklin@seattle.gov
22
   by:
23
   ☐  U.S. Postal Service, ordinary first class mail
24 ☐  U.S. Postal Service, certified or registered mail,
      return receipt requested
25 ☒  hand delivery to: City of Seattle and SPD, as noted.
   ☐  facsimile
26 ☒  electronic service through the CM/ECF court system (of this Declaration &

27 **PROOF OF SERVICE**                                    Rimon, P.C.
   Case No. 2:16-cv-01217                                  500 Yale Avenue North, 1st Floor
                                 - 2 -                     Seattle, Washington 98109
                                                           Telephone: (800) 930-7271

Exhibit A)
☒ other (specify): Emailed to Parties as Indicated Above.

This proof of service was *previously provided* in the Declaration of Paul Beattie Re TRO Service Issues at Paragraph 8 (Dkt. Nos. 11 and 12) in prompt compliance with the Court's Order. Timely service of the TRO is also independently confirmed by documents attached to this Declaration of Service as **Exhibit A**, including the first page of the TRO with date and time stamps confirming when I hand-delivered the Order to the City of Seattle and the SPD on the morning of August 5, 2016. This should meet the Court's demand for proof of service of the TRO upon Defendants, which was already provided in the Declaration of Paul Beattie Re TRO Service Issues (Dkt. No. 11) on August 5, 2016, fully meeting the Court's Order and its Order to Show Cause of August 17, 2016 (Dkt. No. 18), in which the Court again requested that Plaintiff provide proof that it served Defendants with the TRO, which Plaintiff had already done. (*See* Dkt. No. 11 at ¶ 8).

Respectfully submitted,

**August 18, 2016**     /s/ Paul Beattie
                        Paul H. Beattie

**PROOF OF SERVICE**
Case No. 2:16-cv-01217

- 3 -

Rimon, P.C.
500 Yale Avenue North, 1st Floor
Seattle, Washington 98109
Telephone: (800) 930-7271