~~EXHIBIT A – PROPOSED ORDER~~

The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VERSATERM INC,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SEATTLE AND ITS DEPARTMENT, SEATTLE POLICE DEPARTMENT,<br><br>Defendants. | Case No. 2:16-cv-01217-JLR<br><br>~~[DRAFT]~~ ORDER ON STIPULATION TO EXTEND PERMANENT INJUNCTION BRIEFING SCHEDULE BY ONE WEEK<br><br>Noted on the Motion Calendar for **February 17, 2017** |

The Parties have jointly requested and stipulated to a one-week adjustment to the current briefing schedule governing a planned Motion for a Permanent Injunction. The following schedule is currently in effect:

--Versaterm's Opening Motion due on or before **February 17, 2017**.

--Seattle's Response (if any) due on or before **March 10, 2017**.

--Versaterm's Reply (if any) would be due on or before **March 24, 2017**.

(Dkt. Nos. 35, 36).

There being no reason not to approve a modest, one-week extension to a motion that is, in any case, optional, and good cause being shown,

**THE STIPULATION IS HEREBY GRANTED AND THE COURT ORDERS AS FOLLOWS:**

With the benefit of one a one-week adjustment to the current briefing schedule, the briefing on any motion for a permanent injunction is now due as follows:

--Versaterm's Opening Motion is due on or before **February 24, 2017**.

--Seattle's Response (if any) is due on or before **March 17, 2017**.

--Versaterm's Reply (if any) is due on or before **March 31, 2017**.

So ordered.

Dated: February 20, 2017

_____
The Honorable James L. Robart

ORDER ON STIPULATION TO EXTEND BRIEFING SCHEDULE
Case No. 2:16-cv-01217

- 2 -