UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERSATERM INC., | CASE NO. C16-1217JLR |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| CITY OF SEATTLE, et al., | |
| Defendants. | |

This case arises from nonparty Nolan Hicks's Washington Public Records Act, RCW ch. 42.56, request for Plaintiff Versaterm Inc.'s allegedly proprietary information and trade secrets from Defendants City of Seattle and Seattle Police Department (collectively, "Defendants"). (*See generally* Compl. (Dkt. # 1); Am. PI Mot. (Dkt. # 15).). On September 13, 2016, the court entered a preliminary injunction preventing Defendants from producing, disclosing, or releasing Versaterm's documents in response to Mr. Hicks's request during the pendency of this action and pending further order of the court. (PI (Dkt. # 32) at 2.) At the end of 2016 and through the first quarter of 2017, the

parties agreed that Versaterm would file a motion for a permanent injunction no later than March 31, 2017.  (*See* 12/21/16 Order (Dkt. # 36); 2/21/17 Order (Dkt. # 39); 3/21/17 Order (Dkt. # 41).)  Despite the parties' agreement on a briefing schedule, Versaterm never filed such a motion (*see* Dkt.), and the dispositive motions deadline passed on November 28, 2017 (Sched. Order (Dkt. # 37) at 1).

Because Versaterm never filed the agreed-upon motion for a permanent injunction or any other dispositive motion, the court ORDERS Versaterm and Defendants to show cause as to what issues, if any, remain for trial on February 26, 2018.  (*Id.*)  The parties must each file a response of no more than two (2) pages within ten (10) days of the entry of this order.  Defendants must file their response jointly.

Dated this 29th day of November, 2017.

_____

JAMES L. ROBART
United States District Judge