The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERSATERM INC, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF SEATTLE AND ITS DEPARTMENT, SEATTLE POLICE DEPARTMENT, <br><br> Defendants. | Case No. 2:16-cv-01217-JLR <br><br> [PROPOSED] ORDER ON VERSATERM'S UNOPPOSED MOTION TO RELEASE BOND FROM THE COURT REGISTRY |

The Court has before it Plaintiff Versaterm's Unopposed Motion to Release a bond from (Dkt. #44) the Court Registry. The case involved a TRO and preliminary injunction issued by the Court to prevent disclosure of Plaintiff Versaterm's trade secrets. (Dkt. No. 8). The case was resolved and dismissed without prejudice in December of 2017. (Dkt. No. 43). Before granting Versaterm's motion for a preliminary injunction, the Court required Plaintiff to post a bond with the Court Registry in the amount of **$1,000** under Fed. R. Civ. P. 65(c). (Dkt. No. 8, Order Granting TRO, at 6). As Plaintiff's counsel notes, "no claim of wrongdoing or damages has ever been urged by Defendant City of Seattle or any other person or entity. . . ." (Motion at 1-2). Counsel for the

ORDER ON MOTION TO RELEASE BOND
Case No. 2:16-cv-01217
-1-

Header line:

City of Seattle has no objection to releasing the bond back to Plaintiff. Accordingly, there is no reason to deny Plaintiff's unopposed motion.

THE COURT therefore grants Plaintiff's Unopposed Motion to Release the Bond. The bond is hereby released and the Court Registry is requested to return the $1,000 by check, made out to **Rimon, P.C. Trust Account**, to:

> Attorney Paul H. Beattie
> Rimon Law Group, P.C.
> 7920 SE Steller Way
> Snoqualmie, Washington 98065

Dated: May 24, 2018

_____
The Honorable Judge James R. Robart